IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

RYAN PATRIC THOMAS,

    Plaintiff,

v.                                    CIVIL ACTION NO.: CV614-016

CO LT. JOSEPH HUTCHESON;
CO II LEROY KUBACHI; CO II ALMA
BROWN; and CO I. McCLOUD,

    Defendants.

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Plaintiff filed Objections. In his Objections, Plaintiff contends that the Magistrate Judge erred by finding that he cannot sustain a cause of action against Defendants pursuant to the Fourteenth Amendment. The Magistrate Judge did not err. Plaintiff's excessive force and failure to intervene claims are properly brought under the Eighth Amendment, and it is on this basis the Magistrate Judge ordered service of Plaintiff's Complaint upon the Defendants.

AO 72A
(Rev. 8/82)

Plaintiff's Objections are **overruled**. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Plaintiff's monetary damages claims against Defendants in their official capacities and his Fourteenth Amendment claims are **DISMISSED**.

**SO ORDERED**, this 18 day of August, 2014.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA